*Law Offices of*
***BONNETT, FAIRBOURN,***
***FRIEDMAN & BALINT, P.C.***
*2325 E. Camelback Road, Suite 300*
*Phoenix, Arizona 85016*
*(602) 274-1100*
*Ty D. Frankel (027179)*
*tfrankel@bffb.com*

*Law Offices of*
***BONNETT, FAIRBOURN,***
***FRIEDMAN & BALINT, P.C.***
*600 W. Broadway, Suite 900*
*San Diego, California 92101*
*Telephone:  (619) 756-7748*
*Patricia N. Syverson (020191)*
*psyverson@bffb.com*

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Randall L. Courtney,<br><br>          Plaintiff,<br>v.<br><br>Action Barricade Co., LLC, *et al.*,<br><br>          Defendant. | Case No.  CV-17-08014-PCT-DLR<br><br>**NOTICE OF SETTLEMENT**<br><br>**(Assigned to the Hon. Douglas L. Rayes)** |

Plaintiff's counsel hereby notifies the Court that the above-captioned case has settled.  The parties are in the process of finalizing settlement papers, and as soon as all necessary documents have been executed, a stipulation to dismiss the case will be filed with the Court.

/ / /

/ / /

/ / /

DATED: May 26, 2017.

        BONNETT, FAIRBOURN, FRIEDMAN
        & BALINT, P.C.

        By  /s/ Ty D. Frankel
        Ty D. Frankel
        2325 E. Camelback Road, Suite 300
        Phoenix, Arizona  85016
        Telephone:  602-274-1100
        Facsimile:  602-798-5860

        BONNETT, FAIRBOURN, FRIEDMAN
        & BALINT, P.C.
        Patricia N. Syverson
        600 W. Broadway, Suite 900
        San Diego, California 92101
        Telephone:  (619) 756-7748

## CERTIFICATE OF SERVICE

I, hereby certify that a true copy of the foregoing document filed through the ECF system will be electronically sent to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants on May 26, 2017.

        /s/Karen Vanderbilt