1 | *Law Offices of*
2 | ***BONNETT, FAIRBOURN,***
  | ***FRIEDMAN & BALINT, P.C.***
3 | *2325 E. Camelback Road, Suite 300*
4 | *Phoenix, Arizona 85016*
  | *(602) 274-1100*
5 | *Ty D. Frankel (027179)*
6 | *tfrankel@bffb.com*

7 | *Law Offices of*
  | ***BONNETT, FAIRBOURN,***
8 | ***FRIEDMAN & BALINT, P.C.***
  | *600 W. Broadway, Suite 900*
9 | *San Diego, California 92101*
10 | *Telephone: (619) 756-7748*
   | *Patricia N. Syverson (020191)*
11 | *psyverson@bffb.com*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| Randall L. Courtney, | Case No. CV-17-08014-PCT-DLR |
|---|---|
| Plaintiff, | NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i) |
| v. | |
| Action Barricade Co., LLC, *et al.*, | **(Assigned to the Hon. Douglas L. Rayes)** |
| Defendant. | |

This matter having been settled between the parties, Plaintiff Randall L. Courtney voluntarily dismisses with prejudice the above-captioned matter, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

DATED: June 29, 2017

          BONNETT, FAIRBOURN, FRIEDMAN
          & BALINT, P.C.

          By /s/ Ty D. Frankel
          Ty D. Frankel
          2325 E. Camelback Road, Ste. 300
          Phoenix, Arizona 85016
          Telephone: 602-274-1100
          Facsimile: 602-274-1199

          BONNETT, FAIRBOURN, FRIEDMAN
          & BALINT, P.C.
          Patricia N. Syverson
          600 W. Broadway, Suite 900
          San Diego, California 92101
          Telephone: (619) 756-7748

          Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I, Karen Vanderbilt, hereby certify that a true copy of the foregoing document filed through the ECF system will be electronically sent to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants on June 29, 2017.

          /s/ Karen Vanderbilt