# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Randall L Courtney, | No. CV-17-08014-PCT-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| Action Barricade Company LLC, et al., | |
| Defendants. | |

    The Court has reviewed Plaintiff's Notice of Voluntary Dismissal. (Doc. 26.) For good cause shown,

    **IT IS ORDERED** dismissing the above-captioned matter with prejudice.

Dated this 30th day of June, 2017.

_____
Douglas L. Rayes
United States District Judge